AO 241    (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

05 - 407

| **United States District Court** | District _OF DELAWARE_ | |
|---|---|---|
| Name _S'HURON SPENCER_ | Prisoner No. _284532_ | Case No. _60.7004_ |

Place of Confinement



Name of Petitioner (include name under which convicted)     Name of Respondent (authorized person having custody of petitioner)

_SHURON SPENCER_                    V.

The Attorney General of the State of: _JANE M. BRADY_

FILED

JUN 1 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PETITION**

1.  Name and location of court which entered the judgment of conviction under attack
    _THE SUPERIOR COURT_

2.  Date of judgment of conviction
    _02/06/04_

3.  Length of sentence
    _AS 78 - 0166-24RS. AS 78 - 0165-3YRS. AS 70-0167-24RS AS 70-0167 3YRS_

4.  Nature of offense involved (all counts)  _AS 70 0164-24RS_
    _2- ASSAULT SECOND DEGREE_
    _2 COUNT's OF POSSESSION OF A FIREARM DURING THE COMMISSION OF A_
    _FELONY._

5.  What was your plea? (Check one)
    (a) Not guilty          ☒
    (b) Guilty              ☐
    (c) Nolo contendere     ☐
    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:



6.  If you pleaded not guilty, what kind of trial did you have? (Check one)
    (a) Jury          ☒
    (b) Judge only    ☐

7.  Did you testify at the trial?
    Yes  ☐   No  ☒

8.  Did you appeal from the judgment of conviction?
    Yes  ☒   No  ☐

(2)

AO 241    (Rev. 5/85)

9.  If you did appeal, answer the following:

    (a) Name of court    THE SUPREME COURT

    (b) Result    Affirmed

    (c) Date of result and citation, if known
        Submitted Feb 2nd, 2005 - Decided March 1st, 2005
    (d) Grounds raised
                MULTIPLICITY IN CHARGING THE DEFENDANT WITH
                TWO OFFENSES of Assault Second Degree

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

        (1) Name of court            N/A

        (2) Result                   N/A

        (3) Date of result and citation, if known    N/A

        (4) Grounds raised           N/A

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to
        each direct appeal:

        (1) Name of court            N/A

        (2) Result                   N/A

        (3) Date of result and citation, if known    N/A

        (4) Grounds raised           N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions,
    applications, or motions with respect to this judgment in any court, state or federal?
    Yes  ☐    No  ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court    N/A

        (2) Nature of proceeding    N/A

        (3) Grounds raised    N/A

AO 241    (Rev. 5/85)

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?

        Yes  ☐    No  ☒

    (5)  Result          N/A

    (6)  Date of result      N/A

  (b)  As to any second petition, application or motion give the same information:

    (1)  Name of court      N/A

    (2)  Name of proceeding      N/A

    (3)  Grounds raised        N/A

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?

        Yes  ☐    No  ☒

    (5)  Result          N/A

    (6)  Date of result      N/A

  (c)  Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

    (1)  First petition, etc.        Yes  ☒    No  ☐
    (2)  Second petition, etc.      Yes  ☐    No  ☐

  (d)  If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12.  State *concisely* every ground on which you claim that you are being held unlawfully.  Summarize *briefly* the *facts* supporting each ground.  If necessary, you may attach pages stating additional grounds and *facts* supporting same.

      CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court.  If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241   (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.   Ground one:   "MULTIPLICITY OF CHARGING OF TWO OFFENSES"

Supporting FACTS (state *briefly* without citing cases or law):

MULTIPLICITY IN CHARGING the DEFENDANT with two offenses of ASSAULT SECOND DEGREE AND TWO FIREARM offenses based on, his Shooting LAMAR SCOTT TWICE within SECONDS RESULTED IN DUPLICATE CONVICTIONS AND THE IMPROPER doubling of the defendant's SENTENCES FOR ASSAULT AND A WEAPON offense

B.   Ground two:   N/A

Supporting FACTS (state *briefly* without citing cases or law):

N/a

AO 241    (Rev. 5/85)

C.   Ground three:   N/A

Supporting FACTS (state *briefly* without citing cases or law):

N/A

D.   Ground four:   N/A

Supporting FACTS (state *briefly* without citing cases or law):

N/A

13.   If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14.   Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes   ☐   No   ☑

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a)   At preliminary hearing   Mr. Lukoff

(b)   At arraignment and plea   Mr. Lukoff

AO 241    (Rev. 5/85)

(c)  At trial    Mr. Lukoff

(d)  At sentencing    Mr. Lukoff

(e)  On appeal    Mr. Bernard I. O'Donnell

(f)  In any post-conviction proceeding
                    N/A

(g)  On appeal from any adverse ruling in a post-conviction proceeding
                    N/A

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
     Yes  ☒    No  ☐

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
     Yes  ☐    No  ☒
     (a)  If so, give name and location of court which imposed sentence to be served in the future:
                    N/A

     (b)  Give date and length of the above sentence:
                    N/A

     (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
     Yes  ☐    No  ☐        N/A

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

6-14-05
_____
Date

Sharon Spencer
_____
Signature of Petitioner

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    1
                        ( as of   05/03/2004 )
```

State of Delaware v.  SHURON D SPENCER                    DOB: 07/28/1981
State's Atty: ANDREW J VELLA , Esq.        AKA: SHURON SPENCER
Defense Atty: DAVID M LUKOFF , Esq.             SHURON SPENCER
                                                BART SPENCER


Assigned Judge:

Charges:

| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|-------|------|--------------|-------------|--------|-------------|
| 001 | 0303005627 | IN03050165W | PFDCF | TG | 12/10/2003 |
| 003 | 0303005627 | IN03050166W | ASSAULT 2ND | TG | 12/10/2003 |
| 004 | 0303005627 | IN03050167W | ASSAULT 2ND | TG | 12/10/2003 |
| 005 | 0303005627 | IN03050168W | PFDCF | TG | 12/10/2003 |
| 006 | 0303005627 | IN03050169W | PDWBPP | TG | 12/10/2003 |

```
        Event
No.    Date          Event                          Judge
--------------------------------------------------------------------------------
1      05/05/2003
          INDICTMENT, TRUE BILL FILED.NO 45
          SCHEDULED FOR ARAIGNMENT AND BAIL REPRESENTATION 05/16/03 AT 8:30
          CASE REVIEW 06/02/03 AT 1:45
       05/05/2003
          AUTHORIZATION FOR EXTRADITION.
3      05/05/2003
          RULE 9 WARRANT ISSUED.
4      05/08/2003
          SUMMONS MAILED.
5      05/08/2003
          SUMMONS MAILED.
6      07/23/2003
          RULE 9 WARRANT RETURNED, BAIL SET AT
          SECURED BAIL-HELD               50,000.00 100%
          ARR 8/5/03 @ 9:30
7      08/01/2003
          MOTION FOR REDUCTION OF BAIL FILED.
          BY DAVID M. LUKOFF, ESQ.
          SCHEDULED FOR 08/12/03 9:30AM
       08/12/2003                              REYNOLDS MICHAEL P.
          MOTION FOR REDUCTION OF BAIL - RULED AS MOOT.
          MOTION W/D PER GH
       08/25/2003                              HERLIHY JEROME O.
          CASE REVIEW CALENDAR:  SET FOR FINAL CASE REVIEW 9/22/03 @ 1:45
8      08/26/2003                              HERLIHY JEROME O.
          DISCOVERY ORDER FILED:  STATE MUST PROVIDE OUTSTANDING DISCOVERY BY
          9/17/03.  IF STATE FAILS TO COMPLY, COURT WILL CONSIDER REMEDIAL SANC-
```

A-1

## Certificate of Service

I, _SHURON SPENCER_ , hereby certify that I have served a true

and correct cop(ies) of the attached: _Motion for Habeas Corpus +_

_Appendix Brief_ upon the following

parties/person (s):

TO: _Department of Justice_

_820 North French Street_

_Carvel State Office Bldg_

_Wilmington Delaware_

TO: _Clerk of the Court_

_United States Dist. Ct_

_844 N. King Street_

_Locke Box -18_

_Wilmington, Delaware_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _14th_ day of _June_ , 2005

_Shuron Spencer_

IM Shulon Spencer
SBI# 284331 UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

united States District
District of Delaware
J. Caled Boggs Federal Bldg
844 King St. Lockbox #18
wilm, Delaware 19801