05-407 SLR

