United States District Court

For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 05-407SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

05-407-SLR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Ceatre C5 ONey
C. Date of Delivery: 8-11-05

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

AUG 14

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 2030 0003 0326 6471

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081