IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SHURON SPENCER**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-407-SLR |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **M. JANE BRADY**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Shuron Spencer, has applied for federal habeas relief, challenging his March 2004 conviction in Delaware Superior Court for two counts of second degree assault, two counts of possession of a firearm during the commission of a felony, and possession of a deadly weapon by a person prohibited. D.I. 2. By the terms of the Court's order, the answer is due to be filed on September 26, 2005.

2. Within the last two weeks, counsel for respondents has filed an answering brief in a postconviction appeal and argued a State's appeal in the Delaware Supreme Court. Counsel has also filed a motion for more definite statement in another federal habeas petition in this Court. Further, the undersigned will be out of the office for a day and a half this week to attend the Attorney General's retreat. In addition, the undersigned has been and continues to be working on other cases before this Court and the state courts. In light of the situation, additional time is needed to complete

the answer and have it reviewed in the ordinary course of business.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).

4. This is respondents' first request for an extension of time in this case.

5. Respondents submit that an extension of time to and including October 26, 2005 in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: September 21, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2005, I electronically filed a motion for extension of time and attachments with the Clerk of Court using CM/ECF.  I also hereby certify that on September 21, 2005, I have mailed by United States Service, the same documents to the following non-registered participant:

    Shuron Spencer
    SBI No. 00284531
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

                                                  /s/ Elizabeth R. McFarlan
                                                  Deputy Attorney General
                                                  Department of Justice
                                                  820 N. French Street
                                                  Wilmington, DE 19801
                                                  (302) 577-8500
                                                  Del. Bar. ID No. 3759
                                                  elizabeth.mcfarlan@state.de.us