**CERTIFICATE OF SERVICE**

  I hereby certify that on October 21, 2005, I electronically filed an answer to a habeas petition with attachments with the Clerk of Court using CM/ECF. I also hereby certify that on October 21, 2005, I have mailed by United States Service, two copies of the same document to the following non-registered participant:

  Shuron Spencer
  SBI No. 284531
  Delaware Correctional Center
  1181 Paddock Road
  Smyrna, DE 19977

            /s/ Elizabeth R. McFarlan
            Deputy Attorney General
            Department of Justice
            820 N. French Street
            Wilmington, DE 19801
            (302) 577-8500
            Del. Bar. ID No. 3759
            elizabeth.mcfarlan@state.de.us