06/28/06

To: The Clerk of the Court
District Court of Delaware
844 King Street - Lockbox 18
Wilmington, Delaware 19801

Fr: Mr. Sharon Spencer
SBI No: 284-531
Del. Corr. Ctr.
1181 Paddock Road
Smyrna, Delaware 19977

Re: Spencer v. State of Delaware et al.
1:05-cv-407

Dear Clerk:

I am writing your office requesting the update status in the afore-mentioned civil matter. It's been quite some time since this filing and I have not gotten a response from the Court on this matter, or if I am on the Court calender.

I would appreciate it if you would check into this urgent matter and let me know the results thereof. Thanking you in advance for your cooperation on this urgent matter.

Respectfully

*Sharon Spencer*

Sharon Spencer
SBI No: 284-531
Del. Corr. Ctr.
1181 Paddock Road
Smyrna, Delaware 19977

INMATE Sharon Spencer
SBI# 284531    UNIT D-W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 JUN 2006 PM 2 L

Office of the Clerk
United States District Court
884 N. King St. Lockbox 18
Wilm, Delaware
19801