OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 10, 2006

TO: Shuron Spencer
    SBI# 284531
    Delaware Correctional Center
    1181 Paddock Rd.
    Smyrna, DE 19977

*RE: Status Letter; 05-407(SLR)*

Dear Mr. Spencer:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Sue L. Robinson, and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet