10/12/06

To: The Clerk of Appeal's
United State Court of Ap.
601 Market Street
Philadelphia, Pa. 19106

Fr; Mr. Shuron Spencer
Sbi No: 284531
Del. Corr. Ctr.
1181 Paddock Road
Smyrna, Delaware  19977



RE: Notice of Appeal:

Dear Clerk:

   I am filing this Notice of Appeal in this Third Circuit Court of Appeal's in a timely manner from an order of the District Court dated Sept 19th, 2006. I would appreciate it if you would docket this appeal and/or forward to me the appropriate appeal. Thanking you in advance for your cooperation on this urgent matter.

                              Respectfully Submitted;

                              *Shuron Spencer*
                              Shuron Spencer
                              Sbi No: 284531
                              Del.Corr. Ctr.
                              1181 Paddock Road
                              Smyrna, Delaware 19977

XC. SPENCER
    Dept. of Justice

I/M Sharon Spencer
SBI# 284531 UNIT DW
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
16 OCT 2006

The Clerk of Appeals
United States Court of
601 Market Street
Philadelphia, PA.
19106

U.S.M.S.
X-RAY

RECEIVED
OCT 17 2006
U.S.C.A. 3rd. CIR

