10/12/06

To: The Clerk of Appeal's
    United State Court of Ap.
    601 Market Street
    Philadelphia, Pa. 19106

Fr; Mr. Shuron Spencer
    Sbi No: 284531
    Del. Corr. Ctr.
    1181 Paddock Road
    Smyrna, Delaware   19977



RE: Notice of Appeal:

Dear Clerk:

    I am filing this Notice of Appeal in this Third Circuit Court of Appeal's in a timely manner from an order of the District Court dated Sept 19th, 2006. I would appreciate it if you would docket this appeal and/or forward to me the appropriate appeal. Thanking you in advance for your cooperation on this urgent matter.

                                      Respectfully Submitted;

                                      Shuron Spencer
                                      Sbi No: 284531
                                      Del.Corr. Ctr.
                                      1181 Paddock Road
                                      Smyrna, Delaware 19977

XC. SPENCER
    Dept. of Justice

I/M Sharon Spencer
SBI# 284531  UNIT DW
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



The Clerk of Appeal's
United State Court of
601 Market Street
Philadelphia, PA.
19106

OCT 17 2006
U.S.C.A. 3rd. CIR