FPS-053                                                              DATE: November 7, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4485

Spencer v. Atty Gen USA
(D.C. No. 05-cv-0407)

To:  Clerk

1)   Application to Proceed In Forma Pauperis

---

The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.

For the Court,

/s/ Marcia M. Waldron
Clerk

A True Copy

Marcia M. Waldron, Clerk

Dated: November 8, 2006
tmk/cc: Mr. Shuron Spencer
        Elizabeth R. MacFarlan, Esq.