IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Shuron Spencer

          APPELLANT,

§
§
§
v.                    §  CIVIL ACTION NO. $25 \cdot CV \cdot 00407$  064485
§
§
§                            05-407 (SLR)

          APPELLEE.

ATTORNEY General of The State of Delaware

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, Shuron Spencer , pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1.  Appellant is incarcerated.

2.  Appellant is unskilled in the law.

3.  The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4.  Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: 12-27-06

FILED

JAN - 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Shuron Spencer

Delaware Corr. Center
Smyrna, DE  19977



I/M Sharon Spence
SBI# 280531    UNIT D.Q.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 DEC 2006 PM 3 L

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18 844 King St.
Wilm, Delaware
19801