DLD-201                                                                                                         April 19, 2007
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. **06-4485**

SHURON SPENCER

v.

ATTORNEY GENERAL OF THE STATE OF DELAWARE, ET AL.

(D. DEL. CIV. NO. 05-CV-00407)

Present:     BARRY, AMBRO and FISHER, Circuit Judges

         Submitted are:

(1)    Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

(2)    Appellant's motion for appointment of counsel

in the above-captioned case.

                                                   Respectfully,

                                                   Clerk

MMW/LLB/tmk

**O R D E R**

The foregoing request for a certificate of appealability is denied. Appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Miller-el v. Cockrell, 537 U.S. 322, 327 (2003). The habeas petition lacks merit for the reasons given by the District Court. Appellant's motion for appointment of counsel is denied as moot.



By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated: April 30, 2007

Marcia M. Waldron, Clerk

tmk/cc: Shuron Spencer
Elizabeth R. McFarlan, Esq.