April 30, 2007

**United States Court of Appeals for the Third Circuit**

To:
Shuron Spencer
Elizabeth R. McFarlan, Esq.

NOTICE OF ORDER

A Case Dispositive Order was entered today in case No. 06-4485 and a copy is enclosed herewith. If you wish to seek review by the Court of the Court's order, you may file a petition for rehearing. The procedure for filing a petition for rehearing is outlined below.

PETITION FOR REHEARING
(FRAP 40 and Third Circuit LAR 35 and IOP Chapter 9)

Rehearing by the Court in banc pursuant to Rule 40, Federal Rules of Appellate Procedure, is not favored. Third Circuit LAR 35.4. In regard to when rehearing by the court in banc might be granted, your attention is specifically directed to Third Circuit IOP Chapter 9:

IOP 9.3   Criteria for Rehearing in Banc.

    IOP 9.3.1   This court strictly follows the precept of Rule 35(a), Federal Rules of Appellate Procedure and Local Appellate Rule 35.4, that rehearing in banc is not favored and will not be ordered unless consideration by the full court is necessary to secure or maintain uniformity of its decisions or the proceeding involves a question of exceptional importance.

    IOP 9.3.2   This court does not ordinarily grant rehearing in banc when the panel's statement of the law is correct and the controverted issue is solely the application of the law to the circumstances of the case.

    IOP 9.3.3   Rehearing in banc is ordinarily not granted when the only issue presented is one of state law.

Nor, except in rare cases, has the court granted rehearing in banc where the case was decided by a judgment order, a memorandum opinion, or unpublished per curiam opinion.

IOP 9.5   Rehearing In Banc on Petition by Party.

  IOP 9.5.1   It is presumed that a petition for rehearing before the panel or suggestion for in banc rehearing filed by a party as provided by Rule 35(b) or 40(a), <u>Federal Rules of Appellate Procedure</u>, requests both panel rehearing and rehearing in banc, unless the petition for panel rehearing under Rule 40(a) states explicitly that it does not request in banc rehearing under Rule 35(b).

| | |
|---|---|
| Statement of Counsel | Where the party petitioning for rehearing in banc <u>is represented by counsel</u>, pursuant to <u>Third Circuit LAR</u> 35.1 the petition shall contain, so far as is pertinent, the following statement of counsel: |

    "I express a belief, based on a reasoned and studied professional judgment, that the panel decision is contrary to decisions of the United States Court of Appeals for the Third Circuit or the Supreme Court of the United States, and that consideration by the full court is necessary to secure and maintain uniformity of decisions in this Court, to-wit, the panel's decision is contrary to the decision of this Court or the Supreme Court in [citing specifically the case or cases],

    Or, that this appeal involves a question of exceptional importance, to-wit [set forth in one sentence]."

  The filing of petitions for rehearing or rehearing in banc is not favored. Rule 35, <u>Federal Rules of Appellate Procedure</u> and <u>Third Circuit LAR</u> 35.4. Counsel is reminded that a duty is owed to the Court commensurate with that owed to their clients not to file petitions for rehearing in banc which do not meet the rigorous requirements of Rule 35, <u>Federal Rules of Appellate Procedure</u> and <u>Third Circuit LAR</u> 35.1.

| | |
|---|---|
| Attachments | Pursuant to <u>Third Circuit LAR</u> 32.3(b) and 35.2 attached to each petition for rehearing must be a copy of the judgment, order or decision of the Court as to which rehearing is sought and any memorandum or opinion of the court stating the reasons therefor. |

| | |
|---|---|
| Filing Time | A petition for rehearing may be filed within 14 days of the date the Court's judgment or final decision was entered on the docket unless the appeal is a civil case in which the United States is a party. Rule 40(a), <u>Federal Rules of Appellate Procedure</u>. In a civil case in which the United States is a party, any petition for rehearing must be filed within 45 days of entry of the Court's final judgment or decision. <u>Id</u>. **These filing deadlines are calculated from the date of the enclosed order**. No extension will be granted save for the most compelling reasons. The petition must be <u>received</u> in the Clerk's office within the time permitted for filing a petition. A petition is filed as of the date of receipt and **not** of mailing.<br><br>Pursuant to Rule 35(c), <u>Federal Rules of Appellate Procedure</u>, any request for rehearing by the Court in banc must be filed at the same time that a petition for panel rehearing is filed. Neither the Court's rules nor its <u>Internal Operating Procedures</u> allow a process in which a subsequent request for rehearing in banc is filed after a petition for panel rehearing has been denied. |
| Form, Answer | The 15-page limit allowed by the Rule shall be strictly observed. This page limit will also be applied to any answer that the Court may request be filed.<br><br>A petition for rehearing, and any answer thereto, must comply with the requirements of Rule 32(a), <u>Federal Rules of Appellate Procedure</u> and <u>Third Circuit LAR 32.1</u> as to form, typeface, spacing, footnotes, etc. Colored covers are not required.<br><br>The petition shall state with particularity the points of law or fact which in the opinion of the petitioner the court has overlooked or misapprehended and shall contain such argument in support of the petition as the petitioner desires to present. No answer to a petition for rehearing will be received unless requested by the court. Rule 40(a), <u>Federal Rules of Appellate Procedure</u>. Oral argument in support of the petition will not be permitted. |
| Number of Copies | An original and 15 copies of a petition for rehearing before the Court in banc is required.<br><br>An original and 3 copies of a petition for rehearing before the original panel is required. |

| | |
|---|---|
| **Electronic Filing** | Please refer to the Court's website www.ca3.uscourts.gov for instructions on the electronic filing of petitions for rehearing. |

Certificate of Service for Institutional or Incarcerated Litigant

| | |
|---|---|
| Certification of Service | In addition to including a certificate of service, all litigants who are currently institutionalized or incarcerated would include the following statement on all documents to be filed with this Court: |

> I certify that this document was given to prison officials on **[date]** for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Sec. 1746.

        MARCIA M. WALDRON
        Clerk

    By:   /s/Tina Koperna
           Case Manager
           Direct Dial 267-299-4930

Enclosure
Rev. 1/95